**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE Mortgage Electronic Registration Systems (MERS) Litigation | MDL DOCKET NO. 09-2119-JAT<br>**ORDER** |

On January 14, 2010, the Court set forth an initial briefing schedule to determine the effect of the Panel's original transfer order in this docket. *See* Order on Practices and Procedures (Doc. #25). Pursuant to the transfer order and several later orders, the Panel separated and simultaneously remanded claims unrelated to the "formation and operation of the MERS system" to their respective transferor courts. The Court's subsequent March 23, 2010, order specifically delineated which claims the Panel ordered transferred and which claims were remanded to the transferor court.

The Court wishes to clarify two minor points. First, although the parties sought and the Court mentioned "remand" of certain claims to the transferor court, under Section 1407(a), remands to a transferor court can only be effected by the Judicial Panel on Multidistrict Litigation. 28 U.S.C. § 1407; *see also* R.P.J.P.M.L. 7.6. Any previous reference in the March 23, 2010, order or subsequent orders of "remand" of certain non-MERS claims to the transferor court were intended solely to be an determination of which claims are pending before this Court and which claims remain in their respective transferor courts, pursuant to the Panel's transfer orders.

Second, the Court's March 23, 2010, order suggested that if any claims before the transferor court (i.e., claims not involving the formation and operation of MERS) evolve into

claims concerning the formation and operation of MERS, then Defendant may move before the transferor court to transfer such claims to this Court for inclusion in the MDL proceedings. In such an event, however, the proper procedure would be to notify the Panel of the pendency of any such a claim. The Panel could then issue a conditional transfer order covering that claim, or the party seeking transfer of such a claim could file a motion before the Panel to transfer the claim to this MDL. Under Section 1407, the transferor judge cannot, on his or her own initiative, transfer claims to an MDL proceeding.

**IT IS ORDERED** that the Clerk of the Court shall file a copy of this Order in the transferor court for each member case addressed by the March 23, 2010, order.

DATED this 20th day of April, 2010.

James A. Teilborg
United States District Judge